49 So.2d 923

**Robert CALLENS v. STATE.**

**6 Div. 112.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Jefferson County; Gardner Goodwyn, Judge.

PER CURIAM.

Affirmed.

44 So.2d 32

**Verlon CALVERT v. STATE.**

**6 Div. 836.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Violating fish and game law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

47 So.2d 919

**Brastus Eugene CAMPBELL v. STATE.**

**6 Div. 925.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Desertion and nonsupport.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 912

**Wilburn CARMICHAEL v. STATE.**

**7 Div. 108.**

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Affirmed.

44 So.2d 909

**Lewis CARPENTER v. STATE.**

**8 Div. 857.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 909

**Louie CARPENTER v. STATE.**

**8 Div. 864.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.